**United States District Court**
**Central District of California**

**UNITED STATES OF AMERICA vs.**                    **Docket No.**        CR 24-00218-JLS

**Defendant**   Moises Benitez, Jr.                    **Social Security No.**  8   5   6   1
akas:   none                                            (Last 4 digits)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

| | MONTH | DAY | YEAR |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared in person | MAR | 19 | 2026 |

**COUNSEL**                           Carlos Irriarte, retd
                                      (Name of Counsel)

**PLEA**   [√] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.     [ ] **NOLO CONTENDERE**     [ ] **NOT GUILTY**

**FINDING**   There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of:   Possession of Stolen Mail in violation of 18 U.S.C. § 1708 as charged in Count 1 of the Information

**JUDGMENT AND PROB/ COMM ORDER**   The Court asked whether there was any reason why judgment should not be pronounced.  Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Moises Benitez, Jr., is committed to a term of **TIME SERVED**, with no term of supervion to follow, as to Count One of the Single-Count Information.

The Court advised the defendant of his right to appeal.  Bond is exonerated.

March 19, 2026
Date

U. S. District Judge Josephine L. Staton

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Brian D. Karth, Clerk, U.S. District Court

March 19, 2026                    By   /s/ Kelly Davis
Filed Date                             Courtroom Deputy Clerk